No. 57810.—Geo. F. Bassett & Co., Inc. *v.* United States, protest 218555–K (New York).

·  'Opinion by OLIVER,' C. J.' In accordance with stipulation of counsel that the merchandise consists of hot plate mats of wood the same in all material respects as those the subject of Abstract 57261, the claim of the plaintiff was sustained.